**Opinion issued July 9, 2019**



**In The**

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-19-00074-CV**

————————————

**GILA NABI, Appellant**

**V.**

**JAMSHID PARSAIE, Appellee**

---

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2005-58480**

---

## MEMORANDUM OPINION

Appellant has filed an agreed motion to dismiss the appeal. *See* TEX. R. APP.

P. 10.3(a)(2), 42.1(a)(1). No opinion has issued. *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP.

P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.